FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 3 0 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERAMIA MATTHEW DUPRE,<br><br>Defendant. | 3:11-CR-093-HDM (VPC) |

### FINAL ORDER OF FORFEITURE

On February 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JERAMIA MATTHEW DUPRE to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JERAMIA MATTHEW DUPRE pled guilty. Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 17; Plea Memorandum, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 21.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 1, 2012, through March 30, 2012, further notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 22.

. . .

1 | This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 | time for filing such petitions and claims has expired.

3 | This Court finds no petitions are pending with regard to the assets named herein and the time
4 | for presenting such petitions has expired.

5 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 | United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 | 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9 | 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 | law:

    1. A Winchester, model 1200, .12 gauge shotgun, serial number 313072; and

    2. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 30th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE